# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VLASIA HANTAKAS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No..: 2:14-cv-00235-TLN-KJN<br><br>Action Filed:　　01/27/2014<br><br>**ORDER GRANTING DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY'S REQUEST TO SEAL DOCUMENTS**<br><br>[Lodged Concurrently With:<br>-　Notice of Request to Seal; and<br>-　Request to Seal] |

## ORDER

Pursuant to the request by Defendant Metropolitan Life Insurance Company, and good cause appearing, the Administrative Record shall be filed under seal to prevent the disclosure of Plaintiff Vladia Hantakas' personal data identifiers.

IT IS SO ORDERED.

Dated: October 2, 2014

_____
Troy L. Nunley
United States District Judge

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800