UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VLASIA HANTAKAS, | No. 2:14-cv-235-TLN-KJN |
| Plaintiff, | |
| v. | ORDER |
| METROPOLITAN LIFE INSURANCE COMPANY, | |
| Defendant. | |

On May 5, 2016, the court conducted an informal telephonic discovery conference in this matter. At the conference, attorney Daniel Glass appeared on behalf of plaintiff, and attorney Jenny Wang appeared on behalf of defendant. After discussions with the parties at the conference, IT IS HEREBY ORDERED that:

1. Given plaintiff's counsel's confirmation at the conference that he does not object to Dr. Aubrey A. Schwartz, M.D. conducting plaintiff's medical examination, plaintiff shall appear for her medical examination with Dr. Schwartz on May 16, 2016.
2. Plaintiff may be accompanied into the examination room by one (1) individual of her choice, provided that the individual: (a) is not an attorney (although a paralegal or legal secretary is permissible); (b) is not a medical professional (doctor, nurse, medical

1

assistant, etc.); and (c) does not in any way delay, impede, or interfere with the medical examination (including, but not limited to, making unsolicited comments, providing unsolicited coaching or instruction to plaintiff, or interrupting the medical examination to consult with plaintiff's counsel outside the examination room).

3. Plaintiff's counsel may accompany plaintiff to Dr. Schwartz's office, but shall not enter the examination room.

4. Plaintiff shall complete all forms required by Dr. Schwartz that involve her medical history and medical condition(s). If plaintiff believes that a particular question is unduly intrusive or otherwise improper, plaintiff's counsel shall promptly meet and confer with defendant's counsel by telephone, and if the parties are unable to resolve the matter informally, they shall promptly contact the undersigned's courtroom deputy clerk at (916) 930-4187 to inquire regarding the court's availability for a telephonic conference.

5. Sanctions may be imposed on any party that violates the letter or spirit of this order.

IT IS SO ORDERED.

Dated: May 6, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE